LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-04853-BRO (FFMx) | Date | November 12, 2015 |
|---|---|---|---|
| Title | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ET AL V. TIMOTHY J. JOHNSTON | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

# ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE

Pending before the Court are two motions: (1) Defendant Timothy Johnston's Motion to Dismiss Plaintiffs Mortgage Electronic Registration Systems, Inc. ("MERS"), MERSCORP Holdings, Inc., and The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8's ("BNYM") (collectively, "Plaintiffs") First Amended Complaint, (Dkt. No. 28); and, (2) Plaintiffs' Motion to Amend by Interlineation, (Dkt. No. 30). Both motions are currently set for hearing on November 23, 2015 at 1:30 p.m. (*See* Dkt. No. 31.)

Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9. Accordingly, Defendant's opposition to Plaintiffs' Motion to Amend by Interlineation, if any, was due no later than November 2, 2015. To date, Defendant has filed no opposition; instead, Defendant filed a Reply in support of his Motion to Dismiss Plaintiffs' First Amended Complaint. (*See* Dkt. No. 32.) Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Plaintiffs' Motion to Amend by Interlineation. **Both (1) Defendant's response to this Order and (2) Defendant's opposition to the Motion to Amend by Interlineation, if any,[1] shall be filed by no later than Monday, November 16, 2015, at**

---

[1] Defendant may instead choose to file a Notice of Non-Opposition.

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 15-04853-BRO (FFMx) | Date | November 12, 2015 |
|---|---|---|---|
| Title | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC ET AL V. TIMOTHY J. JOHNSTON | | |

**4:00 p.m.**  An appropriate response will include reasons demonstrating good cause for Defendant's failure to timely oppose.  Defendant's failure to file an opposition by this deadline may result in the granting of Plaintiffs' Motion.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |