LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-04853-BRO (GJSx)** | Date | March 28, 2016 |
|---|---|---|---|
| Title | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. ET AL V. TIMOTHY J. JOHNSON** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER TO SHOW CAUSE**
**RE: FAILURE TO OPPOSE**

Pending before the Court is Plaintiffs Mortgage Electronic Registration Systems, Inc., MERSCORP Holdings, Inc., and The Bank of New York Mellon's (collectively, "Plaintiffs") Motion to Dismiss Defendant Timothy J. Johnson's ("Defendant") Counterclaims.  (Dkt. No. 47.)  The hearing on this Motion is set for April 11, 2016.  (*See id.*)  Under the Central District's Local Rules, a party must oppose a motion at least twenty-one days prior to the scheduled hearing date.  *See* C.D. Cal. L.R. 7-9.  Thus, Defendant's opposition, if any, was due no later than March 21, 2016.  To date, Defendant has filed no opposition to Plaintiffs' Motion.  Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** as to why the Court should not grant Plaintiffs' Motion.  **Both (1) Defendant's response to this Order and (2) Defendant's opposition to Plaintiffs' Motion, if any, shall be filed by no later than Friday, April 1, 2016, at 4:00 p.m.**  An appropriate response will include reasons demonstrating good cause for Defendant's failure to timely oppose.  If Defendant fails to respond, the Court may grant Plaintiffs' to Dismiss Defendant's Counterclaims.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |