1 | DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
2 | MICHAEL T. WEST, CASB No. 266926
michael.west@kyl.com
3 | KEESAL, YOUNG & LOGAN
A Professional Corporation
4 | 400 Oceangate
Long Beach, California 90802
5 | Telephone:   (562) 436-2000
Facsimile:   (562) 436-7416
6 |
7 | JOANN T. SANDIFER (Pro Hac Vice)
HUSCH BLACKWELL LLP
8 | 190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
9 | Telephone: (314) 480-1833
Facsimile:  (314) 480-1505
10 |
11 | Attorneys for Plaintiffs and Counterdefendants
MORTGAGE ELECTRONIC REGISTRATION
12 | SYSTEMS, INC., MERSCORP HOLDINGS,
INC., and THE BANK OF NEW YORK
13 | MELLON, f/k/a THE BANK OF NEW YORK, as
TRUSTEE FOR STRUCTURED ASSET
14 | MORTGAGE INVESTMENTS II TRUST 2006-
AR8, MORTGAGE PASS-THROUGH
15 | CERTIFICATES, SERIES 2006-AR8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MERSCORP HOLDINGS, INC., and THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK, as TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR8, <br><br> Plaintiffs, <br><br> vs. <br><br> TIMOTHY J. JOHNSTON, an individual, | Case No. 2:15-cv-04853 PA (GJSx) <br><br> **DECLARATION OF ELIZABETH M. POWELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:   October 24, 2016 <br> Time:  1:30 p.m. <br> Place:  Courtroom 15 |

1

SLC-7885604-1

| | |
|---|---|
| 1 | Defendant. )
| 2 | TIMOTHY J. JOHNSTON, )
| 3 | Counterclaimant, )
| 4 | vs. )
| 5 | MORTGAGE ELECTRONIC )
| 6 | REGISTRATION SYSTEMS, INC., *et al.*; )
| 7 | Counterdefendants, )
| 8 | )

I, Elizabeth M. Powell, being duly sworn state as follows:

1.   My name is Elizabeth M. Powell. I am over 18 years of age and competent to testify as to the matters contained herein. The information contained in this Affidavit is based on my personal knowledge and my review of relevant corporate documents and investigation into the facts stated herein.

2.   I am a Paralegal for MERSCORP Holdings, Inc., formerly MERSCORP, Inc. ("MERSCORP"). Mortgage Electronic Registration Systems, Inc. ("MERS") is a wholly-owned subsidiary of MERSCORP. In the performance of my job duties, I am familiar with and have access to business records of MERSCORP and MERS.

3.   MERS and MERSCORP are corporations organized under the laws of Delaware. Each corporation has its principal place of business in the Commonwealth of Virginia.

4.   At all relevant times mentioned herein, MERSCORP owned and operated the MERS® System, a database used by MERS System members to track transfers of the loan servicing rights and transfers of beneficial ownership interests in notes secured by deeds of trust for which MERS is the designated beneficiary in the county land records.

DECLARATION OF ELIZABETH POWELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

SLC-7885604-1

1      5.     MERS System members pay annual membership and transaction fees
2 for the right to use MERS as the mortgagee or beneficiary in public land records and
3 to utilize the MERS® System.

4      6.     Pursuant to its membership agreements with each member,
5 MERSCORP forwards notices of proceedings that might affect the security of a
6 mortgage or deed of trust held by MERS to the owner or loan servicer of the secured
7 debt so that appropriate action may be taken to defend and protect the security
8 interest. MERS System members rely upon MERS and MERSCORP to receive and
9 forward these notices. True and accurate copies of the MERS System Terms and
10 Conditions and Rules of Membership, as agreed to by MERS System members and
11 as those documents existed at the time the DOT was executed and at the time
12 Johnston filed his quiet title action, are attached hereto as Exhibits 1 and 2.

13      7.     As a part of my duties and employment at MERSCORP, I have become
14 aware of a deed of trust ("DOT") recorded in Santa Barbara County Recorder's
15 Office on July 31, 2006 that granted a security interest in the property at 1622
16 Janelle Lane, Santa Maria, California 93458 (the "Johnston Property") to secure a
17 promissory note to Timothy Johnston (the "Note"). The DOT names MERS as the
18 beneficiary of the security interest granted therein as nominee for the original
19 "Lender," Southstar Funding, LLC, and the Lender's successors ad assigns.

20      8.     MERS or MERSCORP have no record of receiving notice that Timothy
21 Johnston (the defendant in this action) filed a quiet title action on May 15, 2012 in
22 California state court to eliminate the Johnston Property DOT (the "Johnston Quiet
23 Title Action"), or of any proceedings therein, until after the entry of judgment in the
24 Johnston Quiet Title Action. To the best of my knowledge, MERS and
25 MERSCORP first received notice of the Johnston Quiet Title Action on or about
26 August 2013.

DECLARATION OF ELIZABETH POWELL IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

SLC-7885604-1

1    9.    MERS served as the record beneficiary of the DOT as nominee for
2  Southstar Funding, LLC and its successors and assigns, until MERS assigned its
3  interests per the assignment executed on April 17, 2013 and recorded on April 22,
4  2013 in the Santa Barbara County Recorder's Office.

5

6    FURTHER AFFIANT SAYETH NOT.

7

8    I declare under penalty of perjury under the laws of the United States of
9  America that the foregoing is true and correct. This Declaration was executed on
10  September 6, 2016, in Reston, Virginia.

Elizabeth M. Powell

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          4                    2:15-cv-04853 BRO (GJSX)