JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY J. JOHNSTON, <br><br> Defendant. | CV 15-4853 PA (GJSx) <br><br> JUDGMENT |

    Pursuant to the Court's December 14, 2016 Minute Order granting the Motion for Partial Summary Judgment filed by plaintiffs Mortgage Electronic Registrations Systems, Inc., MERSCORP Holdings, Inc., and The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8 (collectively "Plaintiffs"), which granted summary judgment on Plaintiffs' first claim for relief asserted against defendant Timothy J. Johnston ("Defendant"), and the Court's November 22, 2016 Minute Order dismissing the counterclaims asserted in Defendant's Amended Answer and Counterclaims,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall have judgment in their favor against Defendant.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Judgment for Quiet Title dated December 11, 2012 entered by the Santa Barbara County Superior Court in

the case styled <u>Johnston v. Southstar Funding, LLC</u>, case number 1395529, and recorded in the Official Records of the Recorders' Office of Santa Barbara County as instrument number 2012-0085368, is hereby declared null and void and of no force or effect from its inception, and shall be deemed expunged from the land records.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Deed of Trust dated July 27, 2006, securing an interest in the property located at 1622 Janelle Lane, and recorded in the Official Records of the Recorder's Office of Santa Barbara County as instrument number 2006-0059873 on July 31, 2006, was not eliminated or impacted by the Judgment for Quiet Title dated December 11, 2012, and said Deed of Trust was at all times since its recording, and remains as of this date, a lien and encumbrance on the real property located at 1622 Janelle Lane.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall take nothing and that Plaintiffs shall have their costs of suit.

DATED: December 14, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE